



# MEMORANDUM OPINION

No. 04-10-00373-CR

Omar **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Brooks County, Texas
Trial Court No. 11185
The Honorable Raul M. Ramirez, Judge Presiding

PER CURIAM

Sitting:       Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  June 2, 2010

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

The motion is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH